IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Raul Lopez,                                :
                                           :
    Plaintiff(s),                      :
                                           :  Case Number: 1:06cv154
    vs.                                :
                                           :  District Judge Susan J. Dlott
H. Wesley Robinson,                        :
                                           :
    Defendant(s).                      :

## ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on December 20, 2006(Doc. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 11, 2007, hereby ADOPTS said Report and Recommendations.

Accordingly, Defendant's Motion to Dismiss (Doc. 10) is GRANTED.  This case is hereby TERMINATED from the Court's docket.

IT IS SO ORDERED.


                                                                                                                  ___s/Susan J. Dlott_____
                                                                                                                   Susan J. Dlott
                                                                                                                   United States District Judge